**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

Jerry L. Sewell, Assignee of
Physicians Reliance Association, Inc.
By and Through Its Chapter 7 Trustee
James R. Marshall

***versus***

Jeffery L. Christian, M.D.

§ **CIVIL ACTION NUMBER**

MISC 05 -145 S

**ABSTRACT OF JUDGMENT**

| | | |
|---|---|---|
| **Date Judgment Entered:** | | 1/28/2004 |
| **Judgment in Favor of:** | | Jerry L. Sewell |
| **Judgment Against:** | | Jeffery L. Christian, M.D. |
| **Amount of Judgment:** | **$** | 5088.14 |
| **Amount of Costs:** | **$** | |
| **Rate of Interest:** | **1.22%** | |
| **Amount of Credits Since Judgment:** | **$** | |
| **Amount Due:** | **$** | 5088.14 |

**The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.**

**, Clerk**

**DATED:** 11-17-05 **By:** [signature]
**Deputy Clerk**